GEORGE S. CARDONA
Acting United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
CEDINA M. KIM (CSB #147248)
Assistant United States Attorney
    300 North Los Angeles Street, Suite 7516
    Los Angeles, California  90012
    Tel. 213 894-2446
    FAX:  213 894-7819
    Email:  Cedina.Kim@usdoj.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| D. SIMPSON,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security,<br><br>    Defendant. | No.  CV 06-6959 FFM<br><br>**[~~PROPOSED~~] ORDER OF REMAND** |

Based upon the parties' Stipulation to Voluntary Remand Pursuant to Sentence 4 of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation for Remand"), and for cause shown, **IT IS ORDERED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the terms of the Stipulation for Remand.

DATED: June 1, 2007

/ S /  FREDERICK F. MUMM
_____
HON. FREDERICK F. MUMM
UNITED STATES MAGISTRATE JUDGE

-1-